IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA



FILED

APR 26 2011

WILLIAM B. GUTHRIE
Clerk, U.S District Court
By_____
Deputy Clerk

| | |
|---|---|
| Sean Bradley Edison ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV-11-147-RAW |
| ) | |
| Emma Watts, Warden, ) | |
| Respondent. ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Comanche** County, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **WESTERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 26th day of April 2011.

RONALD A. WHITE
**UNITED STATES DISTRICT JUDGE**