IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SEAN BRADLEY EDISON,           )
                               )
         Petitioner,           )
                               )
vs.                            )    NO. CIV-11-0455-HE
                               )
EMMA WATTS, Warden,            )
                               )
         Respondent.           )

# ORDER

Petitioner Sean Bradley Edison, a state prisoner appearing *pro se*, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred for initial proceedings to Magistrate Judge Valerie K. Couch. She has recommended that respondent's motion to dismiss be granted because the petition is time-barred.

Petitioner has failed to object to the magistrate judge's Report and Recommendation and thereby waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1)(C).

Accordingly, the court **ADOPTS** Magistrate Judge Couch's Report and Recommendation and **GRANTS** respondent's motion [Doc. #12]. The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED**.

Dated this 17th day of August, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE